IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARY SUE M. HAMILTON, as Executrix of the Estates of WILLIE LEE MORGAN, deceased, and SUSIE RUTH MORGAN, deceased, <br><br> and <br><br> SARAH J. FLOYD, Individually and as Executrix of the Estate of ANDREW J. FLOYD, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC., Individually and as Successor in interest to Seaboard Systems Railroad, Inc., The Seaboard Coastline Railroad, The Atlantic Coastline Railroad, and the Georgia and Florida Railroad, <br><br> Defendant. | CIVIL ACTION NO.: CV504-012 |

## ORDER

Plaintiffs have filed a Motion to Substitute Mary Sue M. Hamilton as Executrix of the Estate of Willie Lee Morgan, deceased, and Mary Sue M. Hamilton as Executrix of the Estate of Susie Ruth Morgan, deceased. Plaintiffs' motion is **GRANTED**. The Clerk is authorized and directed to make said substitution upon the docket and record of this case.

**SO ORDERED**, this 13th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)